Carter, a.

PREET BHARARA
United States Attorney for the
Southern District of New York
By: BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel: (212) 637-2741
Fax: (212) 637-2750



ORIGINAL

3-4-15

RECEIVED
MAR 04 2015
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
KAREN FRANCIS,                  :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
                                :   15 Civ. 0036 (ALC)
CAROLYN W. COLVIN,              :
Acting Commissioner of          :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 23, 2015, to and including May 25, 2015.  The reason for the request is because

the defendant's counsel has not yet been able to complete his review of the administrative record. No prior extension has been requested in this case.

Dated:  New York, New York
        February 23, 2015

                                   LAW OFFICE OF STEPHEN M. JACKEL
                                   Attorney for Plaintiff

                     By: _____Stephen M. Jackel (J.F.)_____
                                   STEPHEN M. JACKEL, ESQ.
                                   277 Broadway, Suite 1010
                                   New York, New York 10007
                                   Telephone No.: (212) 393-1300

                                   PREET BHARARA
                                   United States Attorney
                                   Southern District of New York
                                   Attorney for Defendant

                     By: _____
                                   BRANDON M. WATERMAN
                                   Assistant United States Attorney
                                   86 Chambers Street - 3rd Floor
                                   New York, New York  10007
                                   Tel No (212) 637-2741
                                   Fax No (212) 637-2750
                                   brandon.waterman@doj.gov

SO ORDERED:

_____  3-4-15
UNITED STATES DISTRICT JUDGE