Carter, a.

UDSC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-22-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN FRANCIS,

    Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 15 Civ. 0036 (ALC)

STIPULATION
AND
ORDER OF REMAND

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

New York, New York
September 18, 2015

Law Office of Stephen M. Jackel
Attorney for Plaintiff

*/s/ Stephen M. Jackel*

Stephen M. Jackel, Esq.
277 Broadway, Suite 1010
New York, NY 10007
Tel. (212) 393-1300
Fax (212) 393-1345

New York, New York
September 18, 2015

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendant

*/s/ Brandon M. Waterman*

Brandon M. Waterman, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2741
Fax (212) 637-2786

SO ORDERED:

*/s/ Andrew L. Carter, Jr.* 9-22-15
Hon. Andrew L. Carter, Jr.
United States District Judge